UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ELTON M. CHRISP AND <br> SUK CHRISP, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | Case 1:19-cv-00211-JRH-BKE |
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) | |
| Defendant. | ) | |

## RULE 26(a)(2) EXPERT REPORT

Pursuant to Federal Rule of Civil Procedure 26(a)(2), Gretchen E. Green, M.D., MMS submits the following expert report:

I.   Expert Witness:

   Gretchen E. Green, M.D., MMS
   415 Pisgah Church Rd. #343
   Greensboro, NC 27455

II.   Data/Information Considered:

Medical records related to the treatment of Mr. Chrisp from the U.S. Army, including records and radiological images from Dwight D. Eisenhower Army Medical Center (Fort Gordon); the Complaint submitted on behalf of the Plaintiffs, and the opinions of Plaintiffs' expert witness, Dr. Dudley Danoff.

III.   Opinions:

I completed my medical school training at Brown Medical School, Providence, RI, in 2000. I completed my residency training in 2005 at Yale School of Medicine, Yale-New Haven Hospital, New Haven, CT. I am Board Certified in Diagnostic Radiology by the American Board of

Exhibit A

Radiology. Since 2019, I have taught students as an associate professor at Campbell University, Jerry M. Wallace School of Osteopathic Medicine, Lillington, NC. Since 2006, I have engaged in the private practice of medicine which includes interpretation of diagnostic radiology exams including scrotal ultrasound and computed tomography (CT) such as were performed as part of Mr. Chrisp's medical evaluation. I also perform image-guided interventional procedures in the subspecialty of breast imaging.

My opinions are based on my education, training, experience, and familiarity with applicable literature, which I applied to the data available in the above-reference materials. My opinions in this case are consistent with established principles in medicine. In reaching my opinions in this case, I applied my education, training, experience, and familiarity with applicable literature with the same objectivity that I employ when reaching similar opinions in the context of patient care.

The following is a summary of my review of medical records including imaging exams:

Imaging exams reviewed:

| Date/Exam | Facility/Interpreting Radiologist | Summary of original radiologist's interpretation per report |
|---|---|---|
| 6/7/15 Scrotal ultrasound | DDEAMC Dr. Israel Rebarber | "Left epididymoorchitis," small left hydrocele, bilateral varicoceles |
| 7/2/15 CT abdomen/pelvis with IV and oral contrast | DDEAMC Dr. Michael Kelly | 4.5cm right inguinal lipoma |
| 8/26/16 Scrotal ultrasound | DDEAMC Dr. Thomas Pulling | "Infarcted right testicle" |
| 8/29/16 CT abdomen/pelvis with IV and oral contrast | DDEAMC Dr. Scott Boruchov | "Small postoperative abscess" in the right inguinal canal |
| 9/1/16 | DDEAMC | Normal exam |

| Scrotal ultrasound | Dr. Hank Freeman | "unremarkable testicular flow" |

Timeline of events:

1. 6/7/15: Mr. Chrisp underwent scrotal ultrasound for the clinical indication of "r/o torsion left" which Dr. Israel Rebarber interpreted as demonstrating left epididymoorchitis, a small left hydrocele, and bilateral varicoceles.

2. 7/2/15: Mr. Chrisp underwent CT abdomen/pelvis with IV and oral contrast for the clinical indication of "bilateral varicocele," which Dr. Michael Kelly interpreted as demonstrating a 4.5cm right inguinal lipoma.

3. 8/28/15: Mr. Chrisp underwent surgical excision of a right inguinal lipoma by Dr. Pamela Burgess.

4. 9/10/15: At a postoperative office visit, a right inguinal hernia was diagnosed, and plans were made to reassess in 1 year.

5. 8/1/16: At a return surgical clinic office visit, the right inguinal hernia was reidentified and plans made for elective herniorrhaphy 8/16/16.

6. 8/16/16: Elective right indirect herniorrhaphy with mesh placement was performed by Dr. James Frizzi.

7. 8/26/16: Mr. Chrisp presented to the emergency department with testicular swelling and postoperative right groin pain. Scrotal ultrasound was reported by Dr. Thomas Pulling as demonstrating right testicular infarction.

8. 8/28/16: Mr. Chrisp again presented with right groin pain and was evaluated by Dr. Wesley Baber.

9. 8/29/16: Mr. Chrisp was seen at the surgical clinic with a "right swollen testicle" and was evaluated by Dr. Erin Caddell for a "known history of right ischemic orchitis." CT

abdomen/pelvis with oral and IV contrast performed that day was reported by Dr. Scott Boruchov to demonstrate a "small postoperative abscess."

10. 9/1/16: Mr. Chrisp underwent scrotal ultrasound interpreted by Dr. Hank Freeman as demonstrating a normal exam with "unremarkable testicular flow."

11. 9/6/16: Right orchiectomy was performed by Dr. Aaron Brothers. Pathology confirmed a benign right testicle with infarction.

I have formed the following opinions to a reasonable degree of medical certainty:

1. I agree with Dr. Israel Rebarber's interpretation of the 6/7/15 scrotal ultrasound as demonstrating findings of left epididymoorchitis, a small left hydrocele, and bilateral varicoceles.

    a. At that time, there was no evidence for torsion; normal color and Doppler flow were present, the testes were normal in echogenicity, and there was normal orientation of both testes at transverse comparison image (both appeared round).

2. I agree with Dr. Michael Kelly's interpretation of the 7/2/15 CT abdomen/pelvis as demonstrating a 4.5cm right inguinal lipoma. In addition, there is a small indirect fat-containing right inguinal hernia.

3. I agree with Dr. Thomas Pulling's interpretation of the 8/26/16 scrotal ultrasound as demonstrating right testicular infarction.

    a. Specifically, the hypoechoic appearance of the right testicle is consistent with infarction, not acute torsion.

    b. In addition, other findings consistent with testicular infarction include

asymmetric enlargement of the right testis, no internal color or Doppler flow, and a longitudinal orientation on transverse imaging compared to the left testis. None of these findings in 3(b) or 3(a) was present on the prior scrotal ultrasound 6/7/15.

    c. A superficial fluid collection at the surgical incision site is also identified and consistent with recent surgery.

4. I agree with Dr. Scott Boruchov's report of the 8/29/16 CT abdomen/pelvis as demonstrating a "2.5 x 2.0cm collection of air and fluid seen within the region of the inguinal canal" but disagree that this represented a post-operative abscess.

    a. These findings are instead typical for the appearance of recently placed mesh, specifically a Prolene plug confirmed at operative report to have been placed at the time of right indirect herniorrhaphy. The location, appearance, and clinical history confirm the presence of a plug rather than abscess.

    b. I agree with the interpretation of fluid being present in the right inguinal canal.

    c. In addition, there is a clockwise swirl of vessels in the right spermatic cord consistent with torsion, seen best on representative axial CT images 181-191. This was not present on the prior 7/2/15 CT. This may have been acquired in the interval between the prior CT and performance of herniorrhaphy, in the perioperative period, or immediate postoperative period.

5. I disagree with Dr. Hank Freeman's interpretation of the 9/1/16 scrotal ultrasound as demonstrating normal findings including "unremarkable testicular flow."

    a. Instead, imaging findings confirm evolution of completed right testicular infarction. There is no blood flow to the right testicle and the testicle is more

hypoechoic than on the prior exam, consistent with evolution of infarction. In addition, the longitudinal orientation to the right testis is reidentified (oval shape at transverse imaging) which can be seen with torsion.

Discussion:

The spermatic cord contains blood vessels (including the testicular artery), lymphatics, nerves, and supportive tissue. It runs in a roughly diagonal orientation along the groin within the inguinal canal. In adults, hernias may be acquired due to activity or arise spontaneously and are defined by their anatomic location. Fat or abdominal viscera including bowel can pass through weakened fascia into the inguinal region and cause symptoms due to pressure or entrapment. Indirect inguinal hernias, as seen initially on Mr. Chrisp's CT dated 7/2/15, are located lateral to the inferior epigastric vessels and follow the inguinal canal inferiorly and medially along its course.1,2 Surgical repair of the hernia (herniorrhaphy) may be performed with or without a mesh plug to help prevent recurrence.

Testicular infarction is defined as lack of blood flow to the testicle with subsequent tissue death. This can occur after herniorrhaphy due to causes including but not limited to: 1) direct ligation of the testicular artery, 2) swelling causing secondary compression of the artery or vein, or 3) torsion (twisting of the blood vessels within the inguinal canal causing the blood supply to be cut off). Torsion more commonly occurs in children with a

---

1 Shadbolt CL, Heinze SBJ, Dietrich RB. Imaging of Groin Masses: Inguinal Anatomy and Pathologic Conditions Revisited. *Radiographics: a review publication of the Radiological Society of North America, Inc.* 2001;21(suppl_1):S261-S271.

2 Burkhardt JH, Arshanskiy Y, Munson JL, Scholz FJ. Diagnosis of Inguinal Region Hernias with Axial CT: The Lateral Crescent Sign and Other Key Findings. Radiographics : a review publication of the Radiological Society of North America, Inc. 2011;31(2):E1-E12.

congenital abnormality resulting in mobility of the testis that allows it to twist and cut off its blood supply but can also occur in adults.

In a patient presenting with scrotal pain, ultrasound is the imaging exam of choice to evaluate the testicle, scrotal contents, and blood flow.3 The absence of venous and arterial blood flow is diagnostic of ischemia, and nonviability is specifically suggested by the testicle appearing heterogeneous, enlarged, and hypoechoic – all findings present on the 8/26/16 ultrasound.4 In the postoperative patient, localized edema and/or fluid may be seen with seroma formation, and rarely testicular ischemia may occur, most often due to compression on the testicular artery by mesh.5

Mesh can occasionally have a confusing appearance at CT but its appearance, location, and clinical history can help a radiologist make a confident diagnosis and avoid mischaracterizing it as an abscess, lymph node, or other structure.6 It has been associated with postoperative complications including vascular compromise to the testicle.7 Both ultrasound and CT assist in diagnosis of postoperative complications including fluid

---

3 Avery LL, Scheinfeld MH. Imaging of Penile and Scrotal Emergencies. Radiographics : a review publication of the Radiological Society of North America, Inc. 2013;33(3):721-740.
4 Kaye JD, Shapiro EY, Levitt SB, et al. Parenchymal Echo Texture Predicts Testicular Salvage After Torsion: Potential Impact on the Need for Emergent Exploration. Journal of Urology. 2008;180(4S):1733-1736.
5 Revzin MV, Ersahin D, Israel GM, et al. US of the Inguinal Canal: Comprehensive Review of Pathologic Processes with CT and MR Imaging Correlation. Radiographics : a review publication of the Radiological Society of North America, Inc. 2016;36(7):2028-2048.
6 Cronin CG, Harisinghani MG, Catalano O, Blake MA. Multitechnique Imaging Findings of Prolene Plug Hernia Repair. American Journal of Roentgenology. 2010;195(3):701-706.
7 Aguirre DA, Santosa AC, Casola G, Sirlin CB. Abdominal Wall Hernias: Imaging Features, Complications, and Diagnostic Pitfalls at Multi-Detector Row CT. Radiographics : a review publication of the Radiological Society of North America, Inc. 2005;25(6):1501-1520.

collections and testicular ischemia.

Summary of opinions:

1. Mr. Chrisp had no evidence of testicular ischemia on imaging performed prior to right indirect herniorrhaphy 8/16/16.

2. Ultrasound performed 8/26/16 confirmed lack of blood flow to the right testicle plus additional findings consistent with infarction, not acute torsion. The enlarged, heterogeneous, and hypoechoic appearance of the right testicle indicate nonviability at the time of the ultrasound on 8/26/16.

3. Subsequent follow up imaging 9/1/16 demonstrated evolution of right testicular infarct confirmed at final pathology.

I reserve the right to change or add to my opinion after review of additional information should it become available, or in response to the opinions of other experts retained to testify in this case. My opinions are expressed to a reasonable degree of medical certainty.

IV. Exhibits:

I have prepared no exhibits at this time. I anticipate that I may use Plaintiffs' medical exhibits or other documents and images contained in the medical records, including imaging exams as demonstrative exhibits or visual aids. I reserve the right to utilize any medical record, medical report, or other medical exhibit used by the Plaintiffs and/or their medical expert.

V. Qualifications:

My curriculum vitae is attached.

VI. Compensation:

My rates are: $700 per hour for case examination, record review, and preparation of written reports; $700 per hour for testimony by deposition or at trial, for all time away from practice up to 8 hours/day plus expenses for out-of-town travel, with travel time billed at a rate of $700 per hour.

VII. <u>Testimony At Trial or By Deposition Within Preceding Four Years:</u>

A list of cases in which I have testified by trial or deposition within the preceding four years is attached.

Respectfully submitted this 28 day of May, 2020.

**Gretchen E. Green, M.D., MMS**