# Gretchen E. Green M.D., MMS



**ADDRESS:**
415 Pisgah Church Rd. #343
Greensboro, NC 27455

- Harvard, Yale, and Brown educated and trained physician.
- Professional specialization in breast imaging (mammography, ultrasound, MRI, breast biopsy), abdominal and pelvic imaging (ultrasound, CT, MRI), and obstetrical imaging
- Experienced speaker to public and medical professionals on women's imaging and history of medicine.
- Co-author of two medical textbooks on breast imaging.
- Award-winning research in diagnostic radiology and history of medicine.

Board certified, Diagnostic Radiology, American Board of Radiology, 2005 (valid through 2024)
Active state medical licenses: North Carolina, Virginia, Massachusetts, South Carolina

## EDUCATION

**Harvard Medical School**, Brigham and Women's Hospital, Boston, MA
    Clinical Fellow in Women's Imaging (2005-2006)

**Yale School of Medicine**, Yale-New Haven Hospital, New Haven, CT
    Resident in Diagnostic Radiology (2001-2005)
    Chief Resident in Diagnostic Radiology (2003-2004)

**Brown Medical School,** Rhode Island Hospital and affiliates, Providence, RI
    Internship in Internal Medicine (2000-2001)

**Brown Medical School**, Providence RI
    Doctor of Medicine, with honors (2000)

**Brown University Graduate School**, Providence, RI
    Master of Medical Science, History of Medicine and Pharmacology (1998)

**Brown University**, Providence, RI
    Bachelor of Science, Neuroscience (1996)

## ADDITIONAL EDUCATION

**Kellogg School of Management**, Northwestern University, Evanston, IL
  **Kellogg Executive Scholar**
    **Certificate of Professional Achievement in Leadership (2016)**
  Strategic Leadership (2016)
  Innovation in Nonprofit Organizations (2016)
  Executive Finance (2014)
  Women's Director Development Program (2013)
  Radiology Leadership Institute and Kellogg Leadership Development Program (2012)

**Shaw Academy**
  Diploma in Social Media Marketing, *with distinction* (2016)
  Advanced Diploma in Social Media Marketing, *with merit* (2016)
  Diploma in Digital Marketing, *with distinction* (2016)
  Advanced Diploma in Digital Marketing, *with distinction* (2016)

**International Society for Clinical Densitometry**
  Certified Clinical Densitometrist (CCD) (2010-present)

## PUBLICATIONS

Raza S, Birdwell RL, **Green GE,** et al. *Specialty Imaging: Breast MRI. A Comprehensive Imaging Guide*. Salt Lake City, UT, Amirsys. 2009.

Berg WA, Birdwell RL, **Green GE**, et al. *Diagnostic Imaging: Breast*. Salt Lake City, UT, Amirsys. 2006.

**Green G,** Mortele K, Glickman J, Benson CB. Brenner tumor of the ovary: sonographic and computed tomographic imaging features. *Journal of Ultrasound in Medicine* 25 (2006): 1245-1251.

**Green G**, Forman HP. Residency training as technology matures: a survey of radiology residents' training experiences. *Academic Radiology* 13 (2006): 874-9.

**Green G**, Schwartz PE, McCarthy SM. Sclerosing stromal tumor of the ovary. *Journal of Women's Imaging* 7 (2005): 50-53.

**Green G**. Magnetic resonance imaging of fetal thoracic abnormalities. *Applied Radiology* (2005).

**Green G**. Policy Brief: AMA Policy – Grassroots to global. *AJR* 182 (2004).

Webb E, **Green G**, and Scoutt L. Adnexal mass with pelvic pain. *Radiologic Clinics of North America* 42 (2004): 329-48.

**Green G.** *Paternalism, Professionalism, and Patient Care: Twilight Sleep in Early Twentieth Century Obstetrics*. Master of Medical Science Thesis, Brown University Graduate School, Providence, RI.

**Green G**. Chicago's Petticoat Surgeon, Dr. Bertha Van Hoosen. Illinois History 44 (Oct 1990): 1-3.

## PRESENTATIONS

**Green G**. Breast Cancer Screening and Intervention - Clinical Update 2019. Campbell University School of Osteopathic Medicine PA Lecture (2019).

**Green G.** Breast Cancer Screening and Intervention - Clinical Update 2018 and Imaging of the Pediatric and Adolescent Breast. Cape Fear Valley Health System CME Event (2018).

**Green G.** Breast Cancer Screening and Intervention - Clinical Update 2017 and Imaging of the Augmented and Altered Breast. Cape Fear Valley Health System CME Event (2017).

**Green G.** It's Not About the Bike: a 7 week journey to the rest of my life, on two wheels. Illinois Mathematics and Science Academy Convocation Keynote Speaker (2015).

**Green G.** AMWA 1915 and 2015: A Century of Fellowship for Female Physicians. American Medical Women's Association 100th Anniversary Annual Meeting, Chicago, IL. (2015)

**Green G.** History: A Key Component in the Science of Seeing Patients. National History Day, Welcome Ceremony, University of Maryland, Silver Springs, MD. (2013)

**Green G**. *Leadership and Clinical Direction of an Ultrasound Department*. Society of Abdominal Radiology, Abdominal Radiology Course/Annual Meeting and Scientific Assembly, Maui, HI. (2013)

**Green G.** Breast Imaging Weekend Review Course, American College of Radiology North Carolina Chapter/Charlotte AHEC (CME course for physicians and technologists). (2011, 2012, 2018)
   Imaging of the Altered Breast: Implants, Flaps, and Other Reconstruction Procedures (2018)
   Imaging of the Pediatric and Adolescent Breast (2011, 2012)
   Imaging Evaluation of Breast Implants and Myocutaneous Flaps (2011, 2012)

**Green G.** Breast Cancer and Mammography Community Luncheon. Morehead Memorial Hospital, Eden, NC. (2011)

**Green G.** Breast Cancer Seminar, Cancer Prevention Series, Cone Health Regional Cancer Center, Greensboro, NC. (2011)

**Green G.** Update on Breast Cancer Screening. Breast Cancer Awareness Luncheon. Randolph Hospital Cancer Center, Asheboro, NC. (2010, 2011)

**Green G**. *Imaging of Breast Cancer.* Breast Cancer Forum and Community Luncheon. Moses Cone Health System Regional Cancer Center, Greensboro, NC. (2009)

**Green G.** Oncology Nursing Symposium: *Update on Breast Cancer.* Wesley Long Hospital Cancer Center, Greensboro, NC. (2008, 2009, 2011)

**Green G.** *Genitourinary Complications of Pregnancy.* Society of Gastrointestinal Radiologists and The Society of Uroradiology Abdominal Radiology Course/Annual Meeting and Scientific Assembly, Rancho Mirage, CA. (2008)

**Green G.** *Twilight Sleep.* Massachusetts General Hospital Department of Obstetrics and Gynecology, Grand Rounds, Harvard Medical School, Boston, MA. (2007)

**Green G.** Imaging Implants and the Reconstructed Breast. Guest Faculty, Women's Imaging Course, Brigham and Women's Hospital, Harvard Medical School, Boston, MA. (2007)

**Green G**. *Past Tense, Future Tension.* American Medical Association Annual Meeting, Las Vegas, NV. (2006)

**Green G,** Mortele K, Glickman J, Benson C.  Brenner tumor of the ovary: sonographic and computed tomographic imaging features.   Oral presentation and poster: 31st Scientific Assembly of the Society of Uroradiology, Kauai, HI. (2005)

**Green G** and Forman H.  *Residency Training as Technology Matures: All Programs are Created Equal, but are Some More Equal Than Others?*  Presented at the 91st Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL. (2005)

**Green G**, Hooley R, Philpotts L, and Lee C.  *Screening vs. diagnostic mammography in women following conservative treatment of breast cancer.* 104th Annual Meeting of the American Roentgen Ray Society, Miami, FL. (2004)

Lantos P and **Green G.**  Imported hydatid cyst disease: report of two cases.  Poster presentation: American College of Physicians Scientific Meeting, Southington, CT. (2003)

**Green G** and Feller E.  Utility of plain abdominal roentgenograms in the emergency department evaluation of abdominal pain.  88th Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL. (2002)

**Green G.**  Chicago's Petticoat Surgeon:  Dr. Bertha Van Hoosen.  American Medical Women's Association National Meeting, Boston, MA. (1996)

**Green G.**  Professionalization and Twilight Sleep: Women Physicians' Changing Roles in Obstetrics. American Medical Women's Association National Meeting, Chicago, IL. (1997)

**Green G.**  How German was American Twilight Sleep? American Association for the History of Medicine. Annual Meeting, Williamsburg, VA. (1997)

**Green G.**  Establishing the ultimate right – the Chicago women's medical movement.  All Illinois History Symposium, sponsored by the Illinois Historic Preservation Agency. (1991)

## TEACHING ACTIVITIES

Associate Professor of Internal Medicine
    Campbell University, Jerry M. Wallace School of Osteopathic Medicine, Lillington, NC
    (2017-present)

Resident lectures, Department of Radiology, Brigham and Women's Hospital, Harvard Medical School, Boston, MA.
    *Imaging the Augmented and Altered Breast.* (2016)
    *Imaging of Breast Implants and Myocutaneous Flaps.* (2008)
    *Introduction to Obstetrical Ultrasound.* (2006)

Lecturer, *Radiology of Musculoskeletal Trauma*, Yale University School of Medicine Physician Assistant Program, New Haven, CT. (2005, 2004, 2003)

Prosector, Human Morphology (Gross Anatomy), Brown Medical School (1997-2001)

Teaching Assistant, Brown Medical School, Providence RI
    Introductory Physiology (1997-1998)
    Medical Histology (1996-1997)

Anatomy and Physiology Instructor, Brown University Emergency Medical Technician Class (1996)

Teaching Assistant, Brown University Department of Community Health
    Emergency Medical Services in America - An Anatomy of Critical Performance (1995)

**AWARDS**

North Carolina Doctor of the Year – 2nd place finalist (2016)
    North Carolina Medical Society

 Alumni Distinguished Leadership Award (2013)
    Illinois Mathematics and Science Academy, Aurora, IL

Lucy Frank Squire Distinguished Resident Award in Diagnostic Radiology (2004)
     American Association for Women Radiologists

RSNA Roentgen Resident/Fellow Research Award (2004)
    Radiological Society of North America

Janet M. Glasgow Memorial Achievement Citation (2000)
    American Medical Women's Association

William B. Bean Student Research Award (1998)
    American Osler Society

Award for "outstanding research and scholarship dedicated to the history of the Association and its founder, Bertha Van Hoosen, MD" (1992)
     American Medical Women's Association

Chicago Metro History Fair
    Senior Service Award (1992)
    Superior Award, Finalist (1990, 1991, 1992)
    Women's History Award (1991)

Illinois State Historical Society
    Historical Writing Award (1991)
    Illinois Student Historian of the Year (1991)

Second Place, Senior Division Research Paper division (1990)
    National History Day

**EMPLOYMENT AND PROFESSIONAL EXPERIENCE**

Valley Radiology, Fayetteville, NC (2017-present)
    Attending Radiologist: breast/women's imaging, body imaging

RETAINED in CHRISP v. U.S.

Greensboro Radiology/Greensboro Imaging, Greensboro, NC (2006-2016)
    Attending Radiologist: breast/women's imaging, body imaging subspecialty sections
    Finance Committee (2014-2016)
    Medical Director of Breast Imaging, Morehead Hospital, Eden, NC (2007-2012)
    Medical Director of Ultrasound, Greensboro Radiology/Greensboro Imaging (2010-2015)

## NATIONAL COMMITTEES AND COMMUNITY SERVICE

Space Camp Alumni Board of Directors (2017-present)
    Co-Chair of the Board (2020-present)

National Women's History Museum, Board of Directors (2011-2018)
    Vice Chair of the Board (2012-2018)
    Acting Chair (2014)
    Chair, Program Committee (2013-2018)
    Member, Executive Committee (2012-2018)
    Member, National Board chair search subcommittee (2011-2013)
    Member, Governance subcommittee (2012-2018)
    President's Advisory Council (2013-2014)
    Member, Strategic Planning focus group (2016)

    Facilitated passage of bill in Congress while Acting Chair: **H. R. 863** "To establish the Commission to Study the Potential Creation of a National Women's History Museum, and for other purposes."

Radiological Society of North America
    Breast imaging educational exhibit reviewer for <u>Radiographics</u> (2008-2013)

American Medical Association
    Women Physicians Congress Governing Council
        At-Large Representative (2006-2010)
        Membership Committee member (2006-2010)
        Giambalvo Award Committee member (2007, 2008)
        Co-chair, Women Physicians Caucus (2006-2008)
    Resident and Fellow Section Representative (2002-2004)
  Resident and Fellow Section, Delegate (state of Connecticut) (2003, 2004)

RETAINED in CHRISP v U.S.

**CURRENT PROFESSIONAL SOCIETY MEMBERSHIPS**

American Medical Association
American Association for Women Radiologists
Radiological Society of North America
American Roentgen Ray Society
Society of Radiologists in Ultrasound
Society of Breast Imaging

Passed USMLE Step 3 (2001), USMLE Step 2 (1999), USMLE Step 1 (1998)